UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

vs.

DEANDRE MULLEN,

    Defendant.
                                   /

Case No. 17-20668-7

HON. ROBERT H. CLELAND

**ORDER GRANTING ORAL MOTION TO WITHDRAW
AND DETERMINING EXCLUDABLE DELAY**

This matter has come before the court on August 15, 2018 for a scheduled Final Pretrial/Plea Hearing. The Defendant appeared with counsel who informed the court that his client has asked him to withdraw. After much discussion with the Court, Mr. Satawa and the Defendant and for the reasons stated on the record, the Court will grant the motion. Therefore,

IT IS ORDERED that the Oral Motion to Withdraw is **GRANTED**. The Federal Defender's Office is directed to appoint new counsel. Upon the filing of an appearance by the new attorney, this court will schedule a status conference with all counsel and issue a scheduling order setting new dates.

IT IS FURTHER ORDERED that the time period from August 15, 2018 to September 15, 2018 shall be excludable from time calculation mandated by the Speedy Trial Act, 18 U.S.C. § 3161(H)(7)(A)(B) and 18 U.S.C. § 3161(H)(7)(B)(iv), and that the ends of

justice served by this delay outweigh the public's and the defendant's interest in a speedy trial.

       S/Robert H. Cleland
       ROBERT H. CLELAND
       UNITED STATES DISTRICT JUDGE

Dated: August 16, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 16, 2018, by electronic and/or ordinary mail.

       S/Lisa Wagner
       Case Manager and Deputy Clerk
       (810) 292-6522